**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **CAPTAIN MARIELLA CREAGHAN,** | |
| *Plaintiff,* | |
| v. | No. 1:22-cv-00981 |
| **LLOYD J. AUSTIN III,** *et al.*, | |
| *Defendants.* | |

**JOINT STATUS REPORT**

In response to this Court's May 12, 2022 Order directing the parties to file a joint status report explaining how they intend to proceed in this matter, Plaintiff Mariella Creaghan; Official Capacity Defendants Lloyd J. Austin III, Frank Kendall, Lt. Gen. Stephen N. Whiting, and Lt. Gen Robert I Miller; and Individual Capacity Defendants Lt. Gen. Stephen N. Whiting and Lt. Gen. Robert I Miller, through their undersigned counsel, respectfully submit the following.

1. In this action, Plaintiff asserts RFRA, First Amendment, and Fifth Amendment claims against Defendants Austin, Kendall, Whiting, and Miller, in their official capacities with the Department of Defense and the Department of the Air Force. Dkt. No. 1 ¶¶ 22-26. Plaintiff additionally brings those claims against Defendants Whiting and Miller in their individual capacities. *Id.* ¶¶ 24-25.

2. Plaintiff moved for a temporary restraining order and/or preliminary injunction on April 15, 2022, which the Official Capacity Defendants opposed on April 29. Dkt. Nos. 11, 22. The Court denied the motion on May 12. Dkt. No. 26. Plaintiff appealed the Court's order and memorandum opinion, Dkt. No. 28; requested an injunction pending appeal from the Court, which the Court denied, Dkt. Nos. 29, 34; and intends to request an injunction pending appeal from the D.C. Circuit this week.

3. Plaintiff served the Individual Capacity Defendants on May 23, 2022, whose deadline to respond to the Complaint is July 22, 2022.

4. Counsel for the parties conferred by telephone on June 1, 2022, to discuss how they intend to proceed in this matter.

   a. Plaintiff believes a stay of the district court proceedings would be appropriate and serve judicial economy, in light of the pending appeal and forthcoming request to the D.C. Circuit for an injunction pending appeal. Official Capacity Defendants do not oppose Plaintiffs' request for a stay of the district court proceedings with respect to the official capacity claims.

   b. Individual Capacity Defendants oppose a stay of the district court proceedings with respect to the individual capacity claims and intend to file a motion to dismiss these claims on or before July 22, 2022 raising qualified immunity, among other preliminary defenses.

   c. Accordingly, Plaintiff proposes, and Official Capacity and Individual Capacity Defendants do not object, that the Court stay the district court proceedings with respect to the claims asserted against the Official Capacity Defendants pending the D.C. Circuit's resolution of the issues on appeal.

Dated: June 2, 2022                    Respectfully submitted,

                                       THOMAS MORE LAW CENTER

                                       */s/ Erin Elizabeth Mersino*
                                       Erin Elizabeth Mersino (MI0060)
                                       Richard Thompson (MI0053)
                                       24 Frank Lloyd Wright Drive, Ste. J3200
                                       Ann Arbor, MI 48105
                                       Tel: (734) 827-2001
                                       Email: emersino@thomasmore.org

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

*/s/ Catherine M. Yang*
ANDREW E. CARMICHAEL
Senior Trial Counsel
CATHERINE M. YANG
CASSANDRA SNYDER
Trial Attorneys
Department of Justice, Federal Programs Branch
1100 L Street, N.W., Washington, DC 20005
Tel: (202) 514-4336
Email: catherine.m.yang@usdoj.gov
*Attorneys for Official Capacity Defendants*


C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch

MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch

*/s/ Daniel C. Luecke*
DANIEL C. LUECKE (Cal. Bar. No. 326695)
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-3049
Fax: (202) 616-4314
E-mail: daniel.c.luecke@usdoj.gov

*/s/ Chibogu Nneka Nzekwu*
CHIBOGU NNEKA NZEKWU
Trial Attorney
United States Department of Justice

3

Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone:      (202) 616-4325
Facsimile:      (202) 616-4314
Email:          Chibogu.n.nzekwu@usdoj.gov
*Attorneys for Individual Capacity Defendants*