IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPTAIN MARIELLA CREAGHAN,**<br><br> *Plaintiff,*<br><br>v.<br><br>**LLOYD J. AUSTIN III,** *et al.***,**<br><br> *Defendants*. | No. 1:22-cv-00981 |

**JOINT STATUS REPORT**

In response to this Court's August 31, 2022 Order directing the parties to file a joint status report explaining how they intend to proceed in this matter after Plaintiff filed a First Amended Complaint, Dkt. No. 49, Plaintiff Mariella Creaghan and Official Capacity Defendants Lloyd J. Austin III, Frank Kendall, Lt. Gen. Stephen N. Whiting, and Lt. Gen Robert I. Miller, through their undersigned counsel, respectfully submit the following.

 1. Official Capacity Defendants Lloyd J. Austin III, Frank Kendall, Lt. Gen. Stephen N. Whiting, and Lt. Gen Robert I. Miller intend to file a Motion to Dismiss Plaintiff's First Amended Complaint.

 2. Plaintiff's First Amended Complaint does not plead individual capacity claims; therefore all claims against Lt. Gen. Stephen N. Whiting and Lt. Gen. Robert I. Miller in their individual capacities should be dismissed without prejudice. Plaintiff and Defendants request that the clerk be directed to update the docket accordingly to indicate that these parties in their individual capacities have been terminated..

 3. Official Capacity Defendants Lloyd J. Austin III, Frank Kendall, Lt. Gen. Stephen N. Whiting, and Lt. Gen Robert I. Miller and Plaintiff Mariella Creaghan propose and agree to the following briefing schedule:

1

    a. A Motion to Dismiss will be filed on or by September 30, 2022.

    b. Plaintiff's Opposition to the motion will be filed on or by October 21, 2022.

    c. A Reply in Support of the Motion to Dismiss will be filed on or by November 4, 2022.

Dated: September 9, 2022

                      Respectfully submitted,

                      THOMAS MORE LAW CENTER

                      */s/ Erin Elizabeth Mersino*
                      Erin Elizabeth Mersino (MI0060)
                      Richard Thompson (MI0053)
                      24 Frank Lloyd Wright Drive, Ste. J3200
                      Ann Arbor, MI 48105
                      Tel: (734) 827-2001
                      Email: emersino@thomasmore.org


                      BRIAN M. BOYNTON
                      Principal Deputy Assistant Attorney General
                      Civil Division

                      ALEXANDER K. HAAS
                      Director, Federal Programs Branch

                      ANTHONY J. COPPOLINO
                      Deputy Branch Director
                      Federal Programs Branch

                      */s/ Catherine M. Yang*
                      ANDREW E. CARMICHAEL
                      Senior Trial Counsel
                      CATHERINE M. YANG
                      CASSANDRA SNYDER
                      Trial Attorneys
                      Department of Justice, Federal Programs Branch
                      1100 L Street, N.W., Washington, DC 20005
                      Tel: (202) 514-4336
                      Email: catherine.m.yang@usdoj.gov
                      *Attorneys for Official Capacity Defendants*