IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPTAIN MARIELLA CREAGHAN,**<br><br>*Plaintiff*,<br><br>v.<br><br>**LLOYD J. AUSTIN III,** *et al.*,<br><br>*Defendants*. | No. 1:22-cv-981 (CKK) |

**DEFENDANTS' NOTICE OF CORRECTION TO
DEFENDANTS' RESPONSE TO PLAINTIFF'S RESPONSE TO SHOW CAUSE**

Defendants file this notice to correct a misstatement in Defendants' Response to Plaintiff's Response to Show Cause, ECF No. 65. In particular, footnote 2 on page 3 states:

> On July 27, 2022, a federal district court in Ohio issued a classwide injunction in *Doster v. Kendall*, No. 1:22-cv-84, 2022 WL 2974733, at *1 (S.D. Ohio July 27, 2022). Pursuant to that injunction, the Department of the Air Force—including the U.S. Space Force—*halted processing of religious accommodation requests (including appeals)*, as well as any adverse action (including discharge) based on refusal to comply with a vaccination order following the denial of a religious accommodation request.

*Id*. at 3 n.2 (emphasis added). This was error. On July 14, 2022, following the district court's initial order issuing a classwide temporary restraining order, *see Doster v. Kendall*, No. 1:22-cv-84 (S.D. Ohio July 14, 2022), ECF No. 72 at 22, the Department of the Air Force temporarily paused sending out decision memos on religious accommodation requests. The Department of the Air Force resumed sending out decision memos shortly after the district court entered the classwide preliminary injunction on July 27, 2022. *See Doster*, 2022 WL 2974733, at *1. Thereafter, the Department of the Air Force continued to process religious accommodation requests both at the

decision authority level and the Appeal authority level, but—pursuant to the classwide injunction—halted any adverse action based solely on refusal to comply with a vaccination order following the denial of a religious accommodation request.

Dated: January 17, 2023          Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

*s/ Cassandra Snyder*
ANDREW E. CARMICHAEL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
CATHERINE M. YANG
JOHNNY H. WALKER
CASSANDRA M. SNYDER (DC Bar # 1671667)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 451-7729
Fax: (202) 616-8470
Email: cassandra.m.snyder@usdoj.gov

*Attorneys for Defendants*