IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPTAIN MARIELLA CREAGHAN,**  *Plaintiff,*  v.  **LLOYD J. AUSTIN III,** *et al.,*  *Defendants.* | No. 1:22-cv-981 (CKK) |

**DEFENDANTS' NOTICE OF UPDATES TO DOD FORCE HEALTH PROTECTION GUIDANCE RELATED TO VACCINATION**

Defendants hereby notify the Court that on January 30, 2023, the Under Secretary of Defense issued a memorandum titled "Consolidated Department of Defense Coronavirus Disease 2019 Force Health Protection Guidance – Revision 4." 1/30/2023 Force Health Protection Guidance, Rev. 4 (attached as Ex. 1). This memorandum updated the Consolidated DoD Coronavirus Disease 2019 Force Health Protection Guidance. Consolidated DoD FHPG (current as of Jan. 30, 2023) (attached as Ex. 2). Among other things, the updated guidance rescinds the provision that previously limited travel for those not fully vaccinated to "mission-critical official travel." *Id*. at 47–48. The new travel policies do not distinguish between those fully vaccinated against COVID-19 and those who are not.

Defendants do not understand these force health protection policies to be at issue in this action but provide notice in case these updates impact the issue of mootness.

Dated: February 2, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

*s/ Cassandra Snyder*
ANDREW E. CARMICHAEL
Senior Trial Counsel
CATHERINE M. YANG
CASSANDRA M. SNYDER (DC Bar # 1671667)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 451-7729
Fax: (202) 616-8470
Email: cassandra.m.snyder@usdoj.gov

*Attorneys for Defendants*